IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANDREA D. PYLANT §<br>    Plaintiff, §<br> §<br>VS. § Civil Action No. 3:05-CV-0379-G<br> §<br>1. HARTFORD LIFE AND ACCIDENT §<br>INSURANCE COMPANY, and §<br> §<br>2. THE FIRST AMERICAN §<br>CORPORATION GROUP LIFE, §<br>MEDICAL, DENTAL, DISABILITY §<br>BENEFITS TRUST NO. 502 §<br>    Defendants. § | |

## MOTION FOR NEW TRIAL

NOW COMES Andrea D. Pylant, Plaintiff in the above-entitled and numbered cause, and asks the Court to grant a new trial in the interest of justice and fairness. In accordance with Rule 59(a) of the FEDERAL RULES OF CIVIL PROCEDURE, Plaintiff asks the Court to grant a new trial.

Respectfully submitted,


   /s/ Bernard A. Guerrini

Bernard A. Guerrini
State Bar No. 08581700
BERNARD A. GUERRINI, P.C.
6500 Greenville Avenue, Suite 320
Dallas, Texas 75206
Phone: (214) 692-6556        Fax:(214) 692-6578
e-mail: guerrinipc@erisaltd.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on April 27, 2006, I electronically filed the forgoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Jessica Spangler-Taylor, Akin, Gump, Strauss, Hauer & Feld, L.L.P., 300 Convent Street, Suite 1500, San Antonio, Texas 78205.

                                                               /s/ Bernard A. Guerrini
                                                               Bernard A. Guerrini